IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 13-cr-0295-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DIEN LE,
2.    PONLUE PIM,
3.    PIRUN PIM,
4.    RICKY, PIM, and
5.    KENNETH BARNES

    Defendants.

## ORDER REGARDING JOINT DEFENSE AGREEMENT DISCLOSURES

This matter comes before the Court *sua sponte*. This Court has the inherent authority to require disclosure of the precise nature of a criminal defendant's representation to ensure that no conflict of interest exists which would deprive a defendant of his Sixth Amendment right to effective assistance of counsel. See *United States v. Stepney*, 246 F.Supp.2d 1069 (N.D. Cal. 2003). Accordingly the Court ORDERS as follows:

    1.    On or before August 9, 2013, any Defendant who has entered into a Joint Defense Agreement shall submit such Agreement to the Court (filed under Restriction Level 3) for *in camera* review.

    2.    Should any Defendant contemplate entering into a Joint Defense Agreement after this Order, that Defendant shall submit such Agreement

to the Court (filed under Restriction Level 3) **for *in camera* review PRIOR TO ITS EXECUTION.**

Dated this 29th day of July, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge